

# NUMBER 13-24-00260-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **THE STATE OF TEXAS,** | **Appellant,** |

**v.**

| | |
|---|---|
| **HAMURABI RODRIGUEZ,** | **Appellee.** |

## ON APPEAL FROM THE 23RD DISTRICT COURT
## OF WHARTON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Benavides**

Appellant, the State of Texas, by and through its Criminal District Attorney, the Honorable Dawn E. Allison, has filed a motion to withdraw its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be

entertained.

GINA M. BENAVIDES
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
13th day of June, 2024.